UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEAN MATTHEWS,

        Plaintiff,

-vs-                                        Case No. 6:06-cv-1827-Orl-28KRS

DD&G TRUCKING, INC., DONALD BOWLES,

        Defendants.

## ORDER

This case is before the Court on the Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice (Doc. No. 24) filed July 24, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 25, 2007 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Approval of Settlement and Motion to Dismiss Case (Doc. No. 24) with Prejudice is **GRANTED.**

    3.    The Parties' Settlement Agreement is approved except for the confidentiality provisions.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party